UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 20 6.0.1 CR-MIDDLEBROOKS MAGISTRATE JUDGE
CASE NO. _____ RANDSTRA

18 U.S.C. § 1015(a)
18 U.S.C. § 1425(a)

UNITED STATES OF AMERICA

vs.

RUDOLPH ANTHONY CLARKE,
a/k/a "Jerry Crumbsey,"

Defendant.
_____/

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about May 28, 2004, in Miami-Dade County , in the Southern District of Florida

and elsewhere, the defendant,

RUDOLPH ANTHONY CLARKE,
a/k/a "Jerry Crumbsey,"

did knowingly make a false statement under oath in a case, proceeding and matter relating to the

naturalization of aliens, in that the defendant stated in an Application for Naturalization (INS

Form N-400) that he had never been charged with committing any crime or offense when in truth

and in fact as the defendant then and there well knew, he had been charged on March 22, 1982 in

the United States District Court, in the Southern District of Florida, with violating Title 21,

United States Code, Sections 952(a) and 844(a) under the name Jerry Crumbsey; in violation of

Title 18, United States Code, Section 1015(a).

## COUNT 2

On or about May 28, 2004, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**RUDOLPH ANTHONY CLARKE,**
**a/k/a "Jerry Crumbsey,"**

did knowingly and contrary to law attempt to procure the naturalization of any person, in that the defendant made a false statement in an Application for Naturalization (INS Form N-400); in violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
BENJAMIN DANIEL
ASSISTANT UNITED STATES ATTORNEY

2

**04-20601 CR-MIDDLEBROOKS**

UNITED STATES OF AMERICA

vs.

RUDOLPH ANTHONY CLARKE,

Defendant.
_____/

CASE NO. _____ **MANDSTRA**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

X___ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)          Yes _____   No ___
Number of New Defendants                _____
Total number of counts                  _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     __NO__
   List language and/or dialect    _____

4. This case will take    __2__    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I     0 to 5 days         __X__        Petty      _____
   II    6 to 10 days        _____        Minor      _____
   III   11 to 20 days       _____        Misdem.    _____
   IV    21 to 60 days       _____        Felony     __X__
   V     61 days and over    _____

6. Has this case been previously filed in this District Court? (Yes or No)     __NO__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     __YES__
   If yes:
   Magistrate Case No.    04-2195-GARBER
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    JULY 28,2004
   Defendant(s) in state custody as of    _____
   Rule 20 from the    _____    District of    _____

   Is this a potential death penalty case? (Yes or No)     __NO__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    _____ Yes    __X__ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?    _____ Yes    __X__ No
   If yes, was it pending in the Central Region?    _____ Yes    _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    _____ Yes    __X__ No

_____
BENJAMIN DANIEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 140247

*Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name: <u>RUDOLPH ANTHONY CLARKE</u>**

Case No:

Count #1

04-20601 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BANDSTRA

<u>False statement in naturalization proceeding</u>

<u>18 U.S.C. § 1015(a)</u>

**\* Max.Penalty**: Five (5) years' imprisonment

Count #: 2

<u>Procurement of citizenship unlawfully</u>

<u>18 U.S.C.§ 1425(a)</u>

**\*Max. Penalty:** Ten(10) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 1:04-cr-20601-DMM   Document 6   Entered on FLSD Docket 08/16/2004   Page 5 of 5

FORM DBD-34
March 04

No. 04-20601 CR-MIDDLEBROOKS

# UNITED STATES DISTRICT COURT

___SOUTHERN___   District of   ___FLORIDA___

## THE UNITED STATES OF AMERICA

vs.

RUDOLPH ANTHONY CLARKE,
a/k/a "Jerry Crumbsey,"

Defendant.

# INDICTMENT

18 U.S.C. § 1015(a)
18 U.S.C. § 1425(a)

A true bill.

_____
_Foreman_

FGJ 03-04(MIA)

Filed in open court this  _____  day,

of  _____  A.D.  2004

_____
_Clerk_

Bail, $  _____